s

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

HON. TIMOTHY P. GREELEY

v.

Case No. 2:11-cr-29

RUSSELL THOMAS BEAUDRY,

    Defendant.

_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on March 29, 2012, pursuant to a petition for warrant or summons for offender under supervision filed on March 15, 2012, alleging that the defendant had tested positive for methamphetamines, and that he had submitted a false report to the probation officer. In addition, the court was informed by defendant's supervising officer that just prior to the defendant's scheduled appearance before the court on March 29, 2012, the defendant had again tested positive for use of methamphetamines, which the defendant denied.

Therefore, IT IS HEREBY ORDERED that the initial appearance on the probation petition be adjourned so that an independent confirmation of the supervising officer's drug test can be obtained. IT IS FURTHER ORDERED that the defendant will be detained pending further proceedings.

IT IS SO ORDERED.

Date: March 30, 2012

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge